LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

WENDY M. KRINCEK, ESQ., Bar # 6417
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
E-mail: wkrincek@littler.com
E-mail: kbranson@littler.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP MARTINEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, a foreign-limited liability company; XYZ COMPANIES I through X, inclusive<br><br>      Defendants.<br>_____/ | Case No. 2:19-cv-00456-KJD-NJK<br><br>**STIPULATION TO EXTEND PLAINTIFF'S RESPONSE TO DEFENDANT ALBERTSON'S, LLC' MOTION TO DISMISS [Doc. 4]**<br>**(First Request)** |

IT IS HEREBY AGREED AND STIPULATED between the parties and undersigned counsel that the deadline for Plaintiff to file his Response to Defendant Albertson's, LLC'S Motion to Dismiss

1

[Doc.4] be extended for a period of 18 days, from its current due date of April 12, 2019 to **April 29, 2019** due to the Plaintiff's counsel hearing schedule and previously scheduled vacation. This request is submitted with good cause and not for improper purpose or to cause undue delay.

DATED this 9th day of April, 2019.                                   DATED this 9th day of April, 2019.

LAW OFFICE OF DANIEL MARKS                           LITTLER MENDELSON


 /s/ Adam Levine, Esq.                                                    /s/Wendy M. Krincek, Esq.                   .
DANIEL MARKS, ESQ.                                            WENDY MEDURA KRINCEK, ESQ.
Nevada State Bar No. 002003                                  Nevada State Bar No. 006417
office@danielmarks.net                                              wkrincek@littler.com
ADAM LEVINE, ESQ.                                              Z. KATHRYN BRANSON, ESQ.
Nevada State Bar No. 004673                                  Nevada State Bar No. 011540
alevine@danielmarks.net                                           kbranson@littler.com
610 South Ninth Street                                              3960 Howard Hughes Pkwy., Suite 300
Las Vegas, Nevada 89101                                         Las Vegas, Nevada 89169
*Attorneys for Plaintiff*                                                *Attorneys for Defendant Albertson's, LLC*

**ORDER**

　　　　IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


DATED this  10th   day of   April                  , 2019.