| | |
|---|---|
| 1 | LAW OFFICE OF DANIEL MARKS |
| | DANIEL MARKS, ESQ. |
| 2 | Nevada State Bar No. 002003 |
| | office@danielmarks.net |
| 3 | ADAM LEVINE, ESQ. |
| | Nevada State Bar No. 004673 |
| 4 | alevine@danielmarks.net |
| | 610 South Ninth Street |
| 5 | Las Vegas, Nevada 89101 |
| | (702) 386-0536: FAX (702) 386-6812 |
| 6 | *Attorneys for Plaintiff* |
| 7 | WENDY M. KRINCEK, ESQ., Bar # 6417 |
| | Z. KATHRYN BRANSON, ESQ., Bar # 11540 |
| 8 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 9 | Suite 300 |
| | Las Vegas, Nevada  89169-5937 |
| 10 | Telephone:     702.862.8800 |
| | Fax No.:         702.862.8811 |
| 11 | E-mail: wkrincek@littler.com |
| | E-mail: kbranson@littler.com |

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP MARTINEZ, | Case No. 2:19-cv-00456-KJD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND PLAINTIFF'S RESPONSE TO DEFENDANT ALBERTSON'S, LLC' MOTION TO DISMISS [Doc. 4]** |
| ALBERTSON'S, LLC, a foreign-limited liability company; XYZ COMPANIES I through X, inclusive | |
| | **(Second Request)** |
| Defendants. | |

IT IS HEREBY AGREED AND STIPULATED between the parties and undersigned counsel that the deadline for Plaintiff to file his Response to Defendant Albertson's, LLC'S Motion to Dismiss

1

[Doc.4] be extended for a period of 14 days, from its current due date of April 29, 2019 to on or before **May 13, 2019** due to the Plaintiff's counsel's hearing, arbitration and briefing schedule. This request is submitted with good cause and not for improper purpose or to cause undue delay.

DATED this _th day of April, 2019.    DATED this _th day of April, 2019.

LAW OFFICE OF DANIEL MARKS    LITTLER MENDELSON

 /s/ Adam Levine, Esq.    /s/Wendy M. Krincek, Esq.
DANIEL MARKS, ESQ.    WENDY MEDURA KRINCEK, ESQ.
Nevada State Bar No. 002003    Nevada State Bar No. 006417
office@danielmarks.net    wkrincek@littler.com
ADAM LEVINE, ESQ.    Z. KATHRYN BRANSON, ESQ.
Nevada State Bar No. 004673    Nevada State Bar No. 011540
alevine@danielmarks.net    kbranson@littler.com
610 South Ninth Street    3960 Howard Hughes Pkwy., Suite 300
Las Vegas, Nevada 89101    Las Vegas, Nevada 89169
*Attorneys for Plaintiff*    *Attorneys for Defendant Albertson's, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED this __1st__ day of __May_____, 2019.

2