WENDY M. KRINCEK, ESQ., Bar # 6417
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
E-mail: wkrincek@littler.com
E-mail: kbranson@littler.com
*Attorneys for Defendant Albertson's, LLC*

LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP MARTINEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, a foreign-limited liability company; XYZ COMPANIES I through X, inclusive; and JANE DOE, individually,<br><br>　　　　Defendant. | CASE NO.: 2:19-cv-00456-KJD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALBERTSON'S, LLC TO FILE ITS REPLY IN SUPPORT ITS MOTION TO DISMISS (DOC. #4)**<br><br>**FIRST REQUEST** |

　　　　Plaintiff, PHILLIP MARTINEZ ("Plaintiff") and Defendant ALBERTSON'S, LLC & UTAH ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to an extension of the deadline for Defendant to file its Reply in Support of its Motion to Dismiss. The parties stipulate that the deadline for Defendant's Reply will be May 23, 2019. The parties so

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

stipulate based on Defendant counsel's travel schedule during the week the Reply is currently due. This stipulation is made in good faith and not for purposes of delay.

Dated: May 14, 2019

Respectfully submitted,

/s/ Adam Levine, Esq.
DANIEL MARKS, ESQ.
ADAM LEVINE, ESQ.
LAW OFFICE OF DANIEL MARKS

Attorney for Plaintiff
PHILLIP MARTINEZ

Dated: May 14, 2019

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
WENDY M. KRINCEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ALBERTSON'S, LLC

**IT IS SO ORDERED.**

Dated this 17th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

FIRMWIDE:164342224.1 001153.1702

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800